

AO 442 (Rev. 11/11) Arrest Warrant

FID 108.23629

RECEIVED
US MARSHALS E/KY

2019 OCT -9 PM 2: 39

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

2:19-mj-00864-NJK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Randall Perry | ) Case No. 5:19-CR-113-KKC |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Randall Perry
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:

   For failure to appear at hearing

Date:     10/09/2019

City and state:     Lexington, KY

*Issuing officer's signature*

Robert R. Carr by Kimberly Marsh Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____ *Arresting officer's signature* |
|                                           _____ *Printed name and title* |